# UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| NATALIE SNOW,<br><br>                Plaintiff,<br>   v.<br><br>POCATELLO HOSPITAL LLC, d/b/a<br>PORTNEUF MEDICAL CENTER, *et al.*,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-0279-JCC |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered

The Court enters the following final judgment:

Summary judgment is GRANTED to Defendants. Plaintiff's claims are DISMISSED with prejudice.

DATED this 10th day of September 2021.

                                                                Stephen W. Kenyon
                                                                Clerk of Court

                                                                /s/ *Sunny Trumbull*
                                                                Deputy Clerk